UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

==The Court acknowledges the Stipulation of Dismissal with Prejudice, dkt. 87. JPH, 2/28/2022 Distribution via ECF.==

| | |
|---|---|
| GOLARS, LLC, DALEEN1, INC., SAIL CAPITAL INVESTMENTS, LLC, WARREN TRAVEL PLAZA, INC., and UNITED STATES SMALL BUSINESS OWNERS' ASSOCIATION, LLC, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT and DOUGLAS R. LOUKS, individually and in his official capacity as IDEM OFFICE OF LAND QUALITY, DEPUTY ASSISTANT COMMISSIONER,<br><br>Defendants. | Case No. 1:20-cv-01625-JPH-TAB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All named plaintiffs and defendants, by their respective attorneys and pursuant to Rule 41(a)(1), hereby stipulate to the dismissal with prejudice of all claims that the named plaintiffs asserted or could have asserted in this case. Claims initially asserted on behalf of unnamed members of a putative class were not pursued through a motion for class certification, were not the subject of the parties' agreed resolution, and are hereby dismissed without prejudice as to all such unnamed members of a putative class. Each party will bear its or his own costs, fees, and expenses.